# IN THE SUPREME COURT OF THE STATE OF NEVADA

EPHRAIM KIRKPATRICK,
        Appellant,
        vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND HAROLD WICKHAM, WARDEN,
        Respondents.

No. 74606

FILED

FEB 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the order does not resolve all claims raised in the petition. Thus, it does not appear that the order is a final order. *See Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) (explaining that a final order disposes of all issues and leaves nothing for future consideration). Accordingly, we conclude that we lack jurisdiction to

ORDER this appeal DISMISSED.

_____ Pickering , J.
      Pickering

_____ J.
   Gibbons

_____ , J.
      Hardesty

18-07381

cc: Hon. James E. Wilson, District Judge
Ephraim Kirkpatrick
Attorney General/Carson City
Carson City Clerk